ZILLAH NAOMI KIENZLE, an Infant, by Guardian, PEARLE KIENZLE, Appellant, v. RALPH A. LALONDE and ARTHUR J. BAKER, Respondents.— Judgments and order affirmed, with costs. All concur. (The judgments are for defendants in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.